THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE 8501 CONDOMINIUMS, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware corporation; ACCELERANT NATIONAL INSURANCE COMPANY, a Delaware corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:22-cv-01412-JNW<br><br>STIPULATED MOTION CONTINUING EXPERT WITNESS DISCLOSURE AND REBUTTAL EXPERT WITNESS DISCLOSURE DEADLINES<br><br>**NOTE ON MOTION CALENDAR: AUGUST 21, 2023** |

Plaintiff The 8501 Condominiums (the "Association") and Defendants Commonwealth Insurance Company of American and Accelerant National Insurance Company (collectively "CICA") stipulate to this motion for a continuance of the expert disclosure and rebuttal expert disclosure deadlines and respectfully request a short two week extension of expert disclosure and rebuttal expert disclosure deadlines.

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here as the parties are dutifully engaging in discovery, however the parties agree that additional discovery is necessary before expert disclosures can be completed. This extension is not made for purposes of delay. No other deadlines or events in this matter are to be altered. The parties respectfully request that the

STIPULATED MOTION  CONTINUING
EXPERT WITNESS DISCLOSURE AND REBUTTAL EXPERT
WITNESS DISCLOSURE DEADLINES - 1
NO: 2:22-CV-01412-JNW

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

Court extend the currently scheduled deadline as set forth below. A proposed order is included herewith.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 8/28/2023 | 9/11/2023 |
| Rebuttal Expert Disclosures | 9/27/2023 | 10/11/2023 |

The Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of certain pretrial deadlines due to the reasons set forth above.

DATED: August 21, 2023

| Nicol, Black & Feig, PLLC | Stein, Sudweeks & Stein, PLLC |
|---|---|
| By: */s/Curt Feig*<br>Curt Feig, WSBA #19890<br>cfeig@nicollblack.com<br>Matthew C. Erickson, WSBA #43790<br>merickson@nicollblack.com<br><br>Attorneys for Defendants Commonwealth Insurance Company of America and Accelerant National Insurance Company | By: */s/Cortney Feniello*<br>Jerry H. Stein, WSBA #27721<br>jstein@condodefects.com<br>Justin D. Sudweeks, WSBA #28755<br>justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>dstein@condodefects.com<br>Cortney M. Feniello, WSBA #57352<br>cfeniello@condodefects.com<br><br>Attorneys for Plaintiff The 8501 Condominiums |

STIPULATED MOTION CONTINUING EXPERT WITNESS DISCLOSURE AND REBUTTAL EXPERT WITNESS DISCLOSURE DEADLINES - 2
NO: 2:22-CV-01412-JNW

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

**ORDER**

Based on the above Stipulated Motion, IT IS SO ORDERED nunc pro tunc that the pretrial deadlines be extended as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 8/28/2023 | 9/11/2023 |
| Rebuttal Expert Disclosures | 9/27/2023 | 10/11/2023 |

No other deadlines or events are altered.

IT IS SO ORDERED this 5th day of September 2023.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION CONTINUING EXPERT WITNESS DISCLOSURE AND REBUTTAL EXPERT WITNESS DISCLOSURE DEADLINES - 3
NO: 2:22-CV-01412-JNW

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660