THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE 8501 CONDOMINIUMS, a Washington Non-Profit Corporation,<br><br>                        Plaintiff,<br>v.<br><br>COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware Corporation; ACCELERANT NATIONAL INSURANCE COMPANY, a Delaware Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>                  Defendants. | No.: 2:22-cv-1412<br><br>STIPULATED MOTION TO CONTINUE THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 10, 2023** |

Plaintiff The 8501 Condominiums (the "Association") and Defendants Commonwealth Insurance Company of America and Accelerant National Insurance Company (collectively "Defendants") stipulate to this motion for a brief continuance of the discovery and dispositive motions deadlines.

Pursuant to LCR 16(b)(6), a scheduling order may be modified "only for good cause and with the judge's consent." Good cause exists here because the parties have scheduled mediation in this matter for November 1, 2023. For purposes of judicial economy, the parties propose that the discovery and dispositive motions deadlines be briefly continued to avoid

incurring additional expenses on behalf of the parties should the matter resolve during mediation. This extension is not made for purposes of delay, but rather to permit the parties additional time in an attempt to resolve this matter amicably without incurring substantial further costs or requiring additional time and resources on behalf of the Court. The parties respectfully request that the Court extend the currently scheduled deadline as set forth below. A proposed order is included herewith.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery Motion Deadline | 9/27/2023 | 10/27/2023 |
| Rebuttal Expert Deadline | 10/11/2023 | 11/10/2023 |
| Discovery Deadline | 10/30/2023 | 11/30/2023 |
| Dispositive Motions Deadline | 11/27/2023 | 12/18/2023 |

The Parties believe that there is good cause under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 10(g) for a continuance of the discovery and dispositive motions deadlines due to the reasons set forth above.

DATED:  October 10, 2023

| Nicoll Black & Feig, PLLC | Stein, Sudweeks & Stein, PLLC |
|---|---|
| By: /s/Curt Feig<br>Curt Feig, WSBA #19890<br>1325 4th Ave, Ste 1650,<br> Seattle, WA 98101<br>Phone: 206-838-7543<br>cfeig@nicollblack.com<br><br>Attorneys for Defendants | By:  /s/Cortney Feniello<br>Jerry H. Stein, WSBA #27721<br>jstein@condodefects.com<br>Justin D. Sudweeks, WSBA #28755<br>justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>dstein@condodefects.com<br>Cortney M. Feniello, WSBA #57352<br>cfeniello@condodefects.com<br><br>Attorneys for Plaintiff |

STIPULATED MOTION TO CONTINUE DISCOVERY AND
DISPOSITIVE MOTION DEADLINES - 2
NO.: 2:22-CV-01412-JNW

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**ORDER**

Based on the above Stipulated Motion, IT IS SO ORDERED that the discovery and

dispositive motions deadlines be extended as follows:

| Event | Current Deadline | New Deadline |
|-------|------------------|--------------|
| Discovery Motion Deadline | 9/27/2023 | 10/27/2023 |
| Rebuttal Expert Deadline | 10/11/2023 | 11/10/2023 |
| Discovery Deadline | 10/30/2023 | 11/30/2023 |
| Dispositive Motions Deadline | 11/27/2023 | 12/18/2023 |

No other deadlines or events are altered.

IT IS SO ORDERED this 11th day of October, 2023.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO CONTINUE DISCOVERY AND
DISPOSITIVE MOTION DEADLINES - 3
NO.: 2:22-CV-01412-JNW

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY STE 410
TUKWILA, WA 98188
PHONE 206.388.0660
FAX 206.286.2660