THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

THE 8501 CONDOMINIUMS, a Washington non-profit corporation,

Plaintiff,

v.

COMMONWEALTH INSURANCE COMPANY OF AMERICA, a Delaware corporation; ACCELERANT NATIONAL INSURANCE COMPANY, a Delaware corporation; and DOE INSURANCE COMPANIES 1-10,

Defendants.

No. 2:22-cv-1412

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE

**CLERK'S ACTION REQUIRED**

**NOTE ON MOTION CALENDAR: DECEMBER 12, 2023**

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to either party.

///
///
///
///
///

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1

1  DATED this 12th day of December, 2023.

2                          STEIN, SUDWEEKS & STEIN, PLLC

3

4                          */s/Cortney Feniello*

                        Justin Sudweeks, WSBA No. 28755

5                          Daniel Stein, WSBA No. 48739

                        Cortney Feniello, WSBA No. 57352

6                          16400 Southcenter Parkway, Suite 410

                        Tukwila, Washington  98188

7                          (206) 388-0660

                        Email: justin@condodefects.com

8                          Email: dstein@condodefects.com

                        Email: cfeniello@condodefects.com

9                          ***Attorneys for Plaintiff***

10                          NICOLL BLACK & FEIG, PLLC

11                          */sCurt Feig*

12                          Curt Feig, WSBA No. 19890

                        Matthew Erickson, WSBA No. 43790

13                          Melinda Drogseth, WSBA No. 70711

                        1325 Fourth Ave, Suite 1650

14                          Seattle, WA 98101

15                          Email: cfeig@nicollblack.com

                        Email: merickson@nicollblack.com

16                          Email: mdrogseth@nicollblack.com

                        Telephone: (206) 343-7053

17                          ***Attorneys for Defendants***

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2

## II. ORDER

The Court having reviewed the foregoing stipulation of the parties, now, therefore,

HEREBY ORDERS, ADJUDGES, AND DECREES that the above-referenced case is

DISMISSED with prejudice and without an award of attorney fees or costs to either party.  The

Clerk is directed to send copies of this Order to all counsel of record.

IT IS SO ORDERED.

DATED this 13th day of December, 2023.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

STEIN, SUDWEEKS & STEIN, PLLC

_/s/Cortney Feniello_____
Justin Sudweeks, WSBA No. 28755
Daniel Stein, WSBA No. 48739
Cortney Feniello, WSBA No. 57352
16400 Southcenter Parkway, Suite 410
Tukwila, Washington  98188
(206) 388-0660
justin@condodefects.com
dstein@condodefects.com
cfeniello@condodefects.com
***Attorneys for Plaintiff***

NICOLL BLACK & FEIG, PLLC

_/s/Curt Feig_____
Curt Feig, WSBA No. 19890
Matthew Erickson, WSBA No. 43790
Melinda Drogseth, WSBA No. 70711
1325 Fourth Ave, Suite 1650
Seattle, WA 98101
Email: dsyhre@bpmlaw.com
Email: jhampton@bpmlaw.com
Telephone: (206) 343-7053
***Attorneys for Defendants***

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3